IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| WALT RUFFIN | ) |
| | ) |
| v. | ) NO. 3:04-0059 |
| | ) JUDGE CAMPBELL |
| GERALD F. NICELY, et al. | ) |

ORDER

Pending before the Court is Defendants' Motion for Summary Judgment (Docket No. 68). For the reasons stated in the accompanying Memorandum, Defendants' Motion is GRANTED, and Plaintiff's claims are DISMISSED.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58. The trial set for January 15, 2008, and the pretrial conference set for January 7, 2008, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE